**JONES, Treasurer, et v FIRST NATIONAL BANK or BELLAIRE**

Ohio Supreme Court

No 22584. Decided May 20, 1931

Marshall, C.J., Jones, Matthias, Day, Allen and Robinson, JJ, concur.

Full opinion will be .published later. Watch **Omnibus Index.**

**COLUMBUS, DELAWARE & MARION ELECTRIC CO v O'DAY, Admrx**

Ohio Supreme Court

No 22134. Decided May 20, 1931

Marshall, C.J., Matthias, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

**NOSEDA v DELMUL**

Ohio Supreme Court

No 22442. Decided May 20, 1931

Marshall, C.J., Matthias, Day, Kinkade and Robinson, JJ, concur. Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**